UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    La Toya L Alexander

Debtor(s)

Case No. 11 B 05087

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/10/2011.

2) The plan was confirmed on 03/30/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 03/30/2011, 06/10/2013, 11/04/2013, 06/15/2015.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 07/13/2011.

5) The case was Completed on 03/12/2015.

6) Number of months from filing to last payment: 49.

7) Number of months case was pending: 54.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $40,885.77.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $18,870.00 |
| Less amount refunded to debtor | $504.77 |
| **NET RECEIPTS:** | **$18,365.23** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,510.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $778.45 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,288.45** |

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Account Management Services | Unsecured | 215.00 | 424.70 | 424.70 | 42.47 | 0.00 |
| American InfoSource LP as agent for | Unsecured | NA | 416.73 | 416.73 | 41.67 | 0.00 |
| American InfoSource LP as agent for | Unsecured | NA | 256.43 | 256.43 | 25.64 | 0.00 |
| Charles G McCarthy Jr & Associates | Unsecured | 1,069.00 | NA | NA | 0.00 | 0.00 |
| Collection Company Of America | Unsecured | 235.00 | NA | NA | 0.00 | 0.00 |
| Community Physicians Of IN | Unsecured | 47.47 | NA | NA | 0.00 | 0.00 |
| Credit Acceptance Corp | Secured | 5,488.00 | 3,507.02 | 4,497.51 | 4,497.51 | 284.38 |
| Cynthia Goldman | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| David Black, MD | Unsecured | 51.75 | NA | NA | 0.00 | 0.00 |
| Department Of Education | Unsecured | 61,621.00 | 70,893.77 | 70,893.77 | 7,089.38 | 0.00 |
| Dermatology Physicians | Unsecured | 37.94 | NA | NA | 0.00 | 0.00 |
| Duke Energy Shared Services Inc | Unsecured | 47.11 | 47.11 | 47.11 | 4.71 | 0.00 |
| Ecallate LLC | Unsecured | 45.60 | NA | NA | 0.00 | 0.00 |
| Emergency Physicians Office | Unsecured | 56.05 | 390.00 | 390.00 | 39.00 | 0.00 |
| Emp Of Cook County | Unsecured | 45.60 | NA | NA | 0.00 | 0.00 |
| First Revenue Assurance | Unsecured | 151.05 | NA | NA | 0.00 | 0.00 |
| First Revenue Assurance | Unsecured | 73.00 | NA | NA | 0.00 | 0.00 |
| H & R Accounts Inc | Unsecured | 331.00 | NA | NA | 0.00 | 0.00 |
| Hardin Cosmetic & Family Dentistry | Unsecured | 10.35 | NA | NA | 0.00 | 0.00 |
| Horizon Financial Management | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Horizon Financial Management | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Horizon Financial Management | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Horizon Financial Management | Unsecured | 72.00 | NA | NA | 0.00 | 0.00 |
| Horizon Financial Management | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Illinois American Water Co | Unsecured | NA | 93.15 | 93.15 | 9.31 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | NA | 469.89 | 469.89 | 46.99 | 0.00 |
| Illinois Dept Of Employment Security | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | NA | 16.80 | 16.80 | 1.68 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 175.00 | 165.20 | 165.20 | 165.20 | 0.00 |
| Illinois State University | Unsecured | 8,314.00 | NA | NA | 0.00 | 0.00 |
| Indiana American Water | Unsecured | 376.50 | 239.43 | 239.43 | 23.94 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Indiana Heart Hospital | Unsecured | 22.71 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 1,006.00 | 767.96 | 767.96 | 76.80 | 0.00 |
| Lhc | Unsecured | 337.00 | NA | NA | 0.00 | 0.00 |
| Marauder Corporation | Unsecured | 2,605.00 | NA | NA | 0.00 | 0.00 |
| Marauder Corporation | Unsecured | 275.00 | NA | NA | 0.00 | 0.00 |
| Mark A Lazar | Unsecured | 194.62 | NA | NA | 0.00 | 0.00 |
| Mercy Hospital | Unsecured | 534.27 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management | Unsecured | 985.00 | 987.84 | 987.84 | 98.78 | 0.00 |
| MRSI | Unsecured | 211.00 | NA | NA | 0.00 | 0.00 |
| MRSI | Unsecured | 1,105.00 | NA | NA | 0.00 | 0.00 |
| National Recoveries Inc | Unsecured | 480.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | NA | 718.77 | 718.77 | 71.88 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 719.00 | NA | NA | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 472.00 | 432.85 | 432.85 | 43.28 | 0.00 |
| Security Finance | Unsecured | 160.00 | 160.00 | 160.00 | 0.00 | 0.00 |
| Southside Obgyn | Unsecured | 69.37 | NA | NA | 0.00 | 0.00 |
| St Francis Medical Group | Unsecured | 547.00 | NA | NA | 0.00 | 0.00 |
| St James Hospital | Unsecured | 281.85 | NA | NA | 0.00 | 0.00 |
| State Collection Service | Unsecured | 862.00 | NA | NA | 0.00 | 0.00 |
| Tidewater Credit Services | Unsecured | 8,472.00 | 14,726.61 | 14,726.61 | 1,472.66 | 0.00 |
| Transworld Systems Inc | Unsecured | 242.23 | NA | NA | 0.00 | 0.00 |
| United Collection Bureau Inc | Unsecured | 73.00 | NA | NA | 0.00 | 0.00 |
| United Collection Bureau Inc | Unsecured | 218.00 | NA | NA | 0.00 | 0.00 |
| United Compucredit Collection | Unsecured | 220.00 | NA | NA | 0.00 | 0.00 |
| US Recovery Services | Unsecured | 332.00 | 415.00 | 415.00 | 41.50 | 0.00 |
| US Recovery Services | Unsecured | 82.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $4,497.51 | $4,497.51 | $284.38 |
| **TOTAL SECURED:** | **$4,497.51** | **$4,497.51** | **$284.38** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $165.20 | $165.20 | $0.00 |
| **TOTAL PRIORITY:** | **$165.20** | **$165.20** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$91,457.04** | **$9,129.69** | **$0.00** |

UST Form 101-13-FR-S (9/1/2009)

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $4,288.45 |
| Disbursements to Creditors | $14,076.78 |
| **TOTAL DISBURSEMENTS :** | **$18,365.23** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/17/2015               By: /s/ Marilyn O. Marshall
                                            Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**